IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CAROLYN VAUGHN ATKINS**                                                                                 **PLAINTIFF**

v.                                     **CASE NO. 4:22-CV-00596-LPR**

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**                                                                       **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition (PFRD) submitted by United States Magistrate Judge Joe J. Volpe and the Plaintiff's Objections.[1] After a *de novo* review of the PFRD, and careful consideration of both the Objections and the entire record in this case, the Court approves and adopts the PFRD as this Court's findings in all respects.[2]

IT IS THEREFORE ORDERED THAT the Commissioner's decision is affirmed, and judgment will be entered for the Commissioner in this case.

IT IS SO ORDERED this 11th day of September 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Docs. 14 & 15.

[2] In the Court's view, the closest call in this case concerns an issue only fleetingly referenced in Plaintiff's opening brief and not mentioned at all in Plaintiff's Objections. That issue is the lack of a crystal-clear finding by the ALJ (and the lack of a crystal-clear discussion between the ALJ and the VE) on the "adjustment" question set out in 20 C.F.R. § 404.1568(d)(4). Likely because it was not a point of emphasis in Plaintiff's briefing, the PFRD doesn't discuss the point specifically. In any event, on this point, the Court is ultimately persuaded by the argument set forth on pages 10–12 of Defendant's responsive brief.