IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CAROLYN VAUGHN ATKINS**                                                                                   **PLAINTIFF**

v.                               **CASE NO. 4:22-CV-00596-LPR**

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**                                                                         **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Commissioner.

IT IS SO ADJUDGED this 11th day of September 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE